# UNITED STATES AIR FORCE
## COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | **No. ACM 40438** |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Mark A. PULLEY** | ) | |
| **Staff Sergeant (E-5)** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Panel 2** |

Appellant's case was docketed with the court on 28 March 2023. During its review of the record of trial, the Military Records Branch (JAJM) discovered that discs pertaining to Prosecution Exhibits 5 and 22 are missing from the record of trial filed with the court. After further review of the record, the court discovered that discs pertaining to Prosecution Exhibit 6 are also missing from the record.

Accordingly, it is by the court on this 31st day of March, 2023,

**ORDERED:**

The record of trial in Appellant's case is returned to the Chief Trial Judge, Air Force Trial Judiciary, for correction under Rule for Courts-Martial (R.C.M.) 1112(d) to account for the above-described issues, and any other portion of the record that hereafter is determined to be missing or defective, after consultation with the parties. *See* Article 66(g), Uniform Code of Military Justice (UCMJ), 10 U.S.C. § 866(g); R.C.M. 1112(d)(2)–(3). Thereafter, the record of trial will be returned to this court for completion of its appellate review under Article 66(d), UCMJ, 10 U.S.C. § 866(d).

The record of trial will be returned to the court not later than **27 April 2023**. If the record cannot be returned to the court by that date, the Government will inform the court in writing not later than **25 April 2023** of the status of the Government's compliance with this order.

FOR THE COURT

*Carol K. Joyce*

CAROL K. JOYCE
Clerk of the Court